IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LORI K. AUSTIN,<br><br>    Plaintiff,<br><br>v.<br><br>THE BETTER BUSINESS BUREAU OF MIDDLE TENNESSEE, INC.,<br><br>    Defendant. | No. 3:10-cv-84<br><br>Judge Nixon<br>Magistrate Judge Brown<br><br>JURY DEMAND |

MOTION FOR LEAVE TO FILE REPLY MEMORANDUM SUPPORTING
DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT

COMES NOW Defendant The Better Business Bureau of Middle Tennessee, Inc. (the "Bureau") and moves the Court to grant leave to file the Reply Memorandum which accompanies this motion, in support of its motion to dismiss the Amended Complaint. As the Reply Memorandum points out, Plaintiff's opposition to the motion to dismiss mistakenly relies on allegations outside the pleadings and ignores case law upholding pre-trial dismissals of ADA claims based on managerial employees' repeated absences.

WHEREFORE, the Bureau respectfully requests the Court to grant leave to file the accompanying Reply Memorandum in support of its motion to dismiss.

Dated April 26, 2010.

                                          Respectfully submitted:

                                          /s/ W. Justin Adams
                                          W. Justin Adams (TNBPR 22433)
                                          TRAUGER & TUKE
                                          222 Fourth Avenue North
                                          Nashville, Tennessee 37219

Telephone 615-256-8585
Telecopier 615-256-7444
*jadams@tntlaw.net*

CERTIFICATE OF SERVICE

I certify that this document was served on the following people through the Electronic Filing System of the United States District Court for the Middle District of Tennessee on the date stated below:

Debra A. Wall, Esq.
133 Franklin Street
Clarksville, Tennessee 37040
Telecopier 931-906-3908
*debraawall@msn.com*

Dated April 26, 2010.

/s/ W. Justin Adams