UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
LORI K. AUSTIN,                    )
                                   )
        Plaintiff                  )
                                   )    No. 3:10-0084
v.                                 )    Judge Nixon/Brown
                                   )    Jury Demand
THE BETTER BUSINESS BUREAU         )
OF MIDDLE TENNESSEE, INC.,         )
                                   )
        Defendant                  )
```

**O R D E R**

A telephone conference was held with the parties in this matter on September 8, 2010. The parties advised that they had been holding off on discovery pending a ruling by the District Judge on the pending motion to dismiss (Docket Entry 18). After reviewing the present scheduling order (Docket Entry 16) with the parties the deadline for completing all discovery, including experts, shall be **March 1, 2011**. The date for filing dispositive motions and the trial date will remain as previously set. The parties are advised that the Magistrate Judge stands ready to assistant with alternative dispute resolution at the request of the parties at any time.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge